**FILED**
JUN 3 0 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCELLUS M. MASON, JR.,              )
                                      )
         Plaintiff,                   )
                                      )
    v.                                )   Civil Action No.   08 1143
                                      )
THOMAS K. KHAN, et al.,               )
                                      )
         Defendants.                  )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that this action is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: 6/20/2008

_____
United States District Judge