UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Marcellus M. Mason, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1143 |
| | ) | |
| Thomas K. Kahn *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Plaintiff seeks reconsideration of the Order filed June 30, 2008, dismissing this case. Because the complaint seeks judicial review of the decisions of the United States District Court for the Southern District of Florida and the United States Court of Appeals for the Eleventh Circuit, *see* Mem. Op. (Dkt. No. 3) at 1-2, the Court clarifies the basis for dismissal as lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3). A motion for reconsideration need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotation marks omitted). The motion presents no grounds for relief under Fed. R. Civ. P. 59 or 60. Accordingly, it is this 18th day of July 2008,

ORDERED that plaintiff's motion for reconsideration [Dkt. No. 5] is DENIED; and it is

FURTHER ORDERED that the dismissal order is AMENDED to reflect dismissal of the case with prejudice.

/s/ Ellen Kollar-Kotelly
United States District Judge